IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NORTON HELTON, Reg. No. 19046-424, | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 2:19-CV-31-WHA-KFP |
| WARDEN WOODS, | ) |
| Respondent. | ) |

**ORDER**

On November 16, 2021, the Magistrate Judge entered a Recommendation that Petitioner Norton Helton's petition for writ of habeas corpus under 28 U.S.C. § 2241 be dismissed for lack of jurisdiction. (Doc. 28.) Helton has filed Objections to the Recommendation. (Doc. 29.) Upon an independent review of the record and upon consideration of the Recommendation and Helton's Objections, it is ORDERED that:

(1) Helton's Objections (Doc. 29) are OVERRULED;

(2) the Magistrate Judge's Recommendation (Doc. 28) is ADOPTED; and

(3) the § 2241 petition is DISMISSED for lack of jurisdiction.

A separate final judgment will be entered.

DONE this 30th day of November, 2021.

                                                 /s/   W. Harold Albritton
                                                W. HAROLD ALBRITTON
                                                SENIOR UNITED STATES DISTRICT JUDGE